# Morgan Lewis

**Rudolph J. Burshnic II**
Associate
+1.609.919.6686
rudolph.burshnic@morganlewis.com

June 29, 2021

**Via ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 7W
Trenton, NJ 08608

  **Re:** **Joseph Vastola v. Sterling, Inc., et al.**
     **Case No. 3:21-cv-14089-ZNQ-LHG**

Dear Judge Quraishi:

Our firm represents Defendants Sterling Jewelers Inc. (incorrectly named in the Complaint as "Sterling, Inc. d/b/a Signet Jewelers") and Ariel Gore in the above-referenced matter.

We submit this letter in accordance with Your Honor's direction during today's conference call to request, with Plaintiff's consent, that Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint be stayed until 21 days after the Court's order on Plaintiff's forthcoming Motion to Remand. We have included a so-ordered line below for the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Rudolph J. Burshnic II

Rudolph J. Burshnic II, Esq.

cc: All Counsel of Record (via ECF)

**SO ORDERED**

_____
Hon. Zahid N. Quraishi, U.S.D.J.

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ 08540-6241  T +1.609.919.6600
United States  F +1.609.919.6701
A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge