GREGORY B. NOBLE, ESQ. (8359)
ROBERT A. BALLARD, ESQ. (08719-2014)
O'CONNOR, PARSONS, LANE & NOBLE, LLC
959 S. Springfield Ave., Second Floor
Springfield, New Jersey 07081
(908) 928-9200
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH VASTOLA,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING, INC. d/b/a SIGNET JEWELERS; ARIEL GORE, both individually and in her capacity as a supervisor with Sterling, Inc. d/b/a Signet Jewelers; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown)<br><br>    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br>Case No. 3:21-cv-14089<br>State Court<br>Docket: SOM-L-841-21<br><br>Civil Action<br><br>**PLAINTIFF'S MOTION TO REMAND THIS MATTER TO STATE COURT AND FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1447** |

TO:  August W. Heckman, II, Esq.
     Rudolph J. Burshnic, Esq.
     Morgan, Lewis & Bockius, LLP
     502 Carnegie Center
     Princeton, NJ 08540

COUNSEL:

PLEASE TAKE NOTICE that on Tuesday, September 7, 2021 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may

be heard, the undersigned, attorneys for plaintiff, shall apply to the United States District Court, District of New Jersey, for an Order remanding this matter to State Court and for attorneys' fees pursuant to 28 U.S.C. § 1447.

PLEASE TAKE FURTHER NOTICE that plaintiff will rely upon the Brief and Affidavit of Counsel submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

O'CONNOR, PARSONS, LANE & NOBLE, LLC
Attorneys for Plaintiff

By: _____
ROBERT A. BALLARD, III

DATED: August 5, 2021