O'CONNOR, PARSONS, LANE & NOBLE, LLC
Gregory B. Noble, Esq. (#017601998)
R. Daniel Bause, Esq. (#019122011)
Robert A. Ballard, III, Esq. (#087192014)
959 South Springfield Avenue, 2nd Floor
Springfield, New Jersey 07081
Phone: 908-928-9200
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## STATE OF NEW JERSEY

| | |
|---|---|
| JOSEPH VASTOLA,<br><br>  Plaintiff,<br><br>v.<br><br>STERLING, INC. d/b/a SIGNET JEWELERS; ARIEL GORE, both individually and in her capacity as a supervisor with Sterling, Inc. d/b/a Signet Jewelers; JANE DOE I-V (these names being fictitious as their present identities are unknown); JOHN DOE I-V (these names being fictitious as their present identities are unknown); XYZ CORPORATION I-V (these names being fictitious as their present identities are unknown)<br><br>  Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br>DOCKET NO: SOM-L-841-21<br>Case No. 3:21-cv-14089<br><br>Civil Action<br><br>**ORDER REMANDING THIS MATTER TO STATE COURT** |

**THIS MATTER**, having been opened to the Court by the firm of O'Connor, Parsons, Lane & Noble, LLC, attorneys for plaintiff, Joseph Vastola, (Robert A. Ballard, III, Esq. appearing), and the Court having considered the papers submitted by the parties, any oral argument of counsel, and good cause having been shown;

**IT IS** on this _____ day of _____, 2021,

**ORDERED** that this matter is remanded to the Superior Court of New Jersey, Law Division, Somerset County, for further proceedings; and it is further

**ORDERED** that defendant shall pay $_____ to cover all attorneys' fees and expenses incurred by plaintiff as a result of the filing of the instant motion; and it is further

**ORDERED** that a copy of this Order be served upon all parties within fourteen (14) days of the date hereof.

_____
, U.S.D.J.