UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH VASTOLA,**<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**STERLING, INC. d/b/a SIGNET JEWELERS,** *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 21-14089 (ZNQ) (LHG)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion Remand filed by Plaintiff Joseph Vastola. (the "Motion," ECF No. 8.)  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **13th** day of **June 2022,**

**ORDERED** that the Motion (ECF No. 8) is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.


　　　　　　　　　　　　　　　　　　　　s/ Zahid N. Quraishi　　　　　
　　　　　　　　　　　　　　　　　　　　**ZAHID N. QURAISHI**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**