## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Trenton, NJ

JOSEPH VASTOLA

                Plaintiff,

v.                                       Case No.: 3:21–cv–14089–ZNQ–LHG

STERLING, INC., et al.

                Defendant.

Clerk, Superior Court of New Jersey
Somerset County Courthouse
20 North Bridge Street
Somerville, NJ 08876–1262

State No: SOM L 000841 21

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                            Very truly yours,

                                            William T. Walsh, Clerk
                                            By Deputy Clerk, jal

encl.
cc: All Counsel